<u>Bloomin' Brands, Inc.</u>
Registered Agent:
Joseph J. Kadow
2202 N. West Shore Boulevard
5th Floor
Tampa, Florida 33607